# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION: 18-00405-KD-MU |
| ) | |
| PETERSON PRODUCE, INC., *et al.*, ) | |
| Defendants. ) | |

**RULE 54(b) JUDGMENT - VIRGIE S. PETERSON AND PAUL A. PETERSON**[1]

Upon consideration of Plaintiff's motion for entry of Rule 54(b) Judgment against individual defendants Virgie S. Peterson and Paul A. Peterson (Doc. 19), and having determined that there is no just reason for delay per the Court's prior rulings (Docs. 16, 18, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Plaintiff's motion (Doc. 19) is **GRANTED.**

Accordingly, it is **ORDERED** that a **FINAL RULE 54(b) JUDGMENT** is entered against Defendants Virgie S. Peterson and Paul A. Peterson and in favor of Plaintiff, with regard to Plaintiff's breach of contract claim in the amount of **$523,728.86** ($482,025.63 in outstanding/unpaid principal, $16,870.90 in accrued/unpaid interest, and $24,832.33 in late charges) plus post-judgment interest; and **$2,997.37** in attorneys' fees and costs.

As the Court has determined that there is no just reason for delay, the Clerk is **DIRECTED** to enter final judgment as to Defendants Virgie S. Peterson and Paul A. Peterson pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. The Clerk is also **DIRECTED** to provide a copy of this Rule 54(b) Judgment to Defendant Peterson Produce, Inc. at its address of record.

**DONE** and **ORDERED** this the **10th** day of **January 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff's claims against defendant Peterson Produce, Inc. remain pending; however, those claims have been stayed per said defendant's bankruptcy status.